UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JERXAVIER L. LANE** | **CIVIL ACTION NO. 5:23-cv-00271** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LEON EMANUEL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 4] having been considered, together with the Objection [Doc. No. 5] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff JerXavier L. Lane's claims against District Attorney Charles R. Scott, District Attorney Paul D. Carmouche, Assistant District Attorney Geya Prudhomme, Judge Leon Emmanuel, and Judge Roy Brun are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Public Defenders Ricky Swift, Michelle M. AndrePont, and David McClatchey are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 31st day of March 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**